**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Edwin L Cardona Jr.<br>　　　　　Debtor(s) | CHAPTER 7 |
| Toyota Motor Credit Corporation<br>　　　　　Movant<br>vs.<br>Edwin L Cardona Jr.<br>　　　　　Debtor(s) | NO. 19-17584 amc |
| Bonnie B. Finkel<br>　　　　　Trustee | 11 U.S.C. Section 362 |

**ORDER TERMINATING AUTOMATIC STAY**

　　The Court has considered the Motion for Relief from the Automatic Stay filed in this bankruptcy proceeding by Movant Toyota Motor Credit Corporation, reviewed the file herein and after hearing, is of the opinion that said Motion should be granted. It is therefore,

　　ORDERED, that the automatic stay is hereby terminated under 11 U.S.C. Sections 362 (d) and 1301 (if applicable) as to Movant to permit said creditor, its successors and/or assigns to take possession and sell, lease, and otherwise dispose of the 2019 TOYOTA CAMRY , VIN: 4T1B11HK0KU678854 in a commercially reasonable manner. The stay provided by Bankruptcy Rule 4001(a)(3) been waived.

Signed this　9th　day of　March　, 2020.

　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge.

cc: See attached service list

Edwin L Cardona Jr.
1378 Beech Drop Court
Morrisville, PA 19067

MICHAEL J. MCCRYSTAL, 151 Main Street
Suite A
Emmaus, PA 18049

Bonnie B. Finkel
Bonnie B. Finkel
P.O. Box 1710
Cherry Hill, NJ 08034

KML Law Group, P.C.
Suite 5000 - BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532