United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Edwin L Cardona, Jr.
    Debtor

Case No. 19-17584-amc
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: ChrissyW     Page 1 of 1     Date Rcvd: Mar 26, 2020
                           Form ID: 195      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 28, 2020.
db           #+Edwin L Cardona, Jr.,   1378 Beech Drop Court,   Morrisville, PA 19067-6414

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                         TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 28, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 26, 2020 at the address(es) listed below:
          BONNIE B. FINKEL    finkeltrustee@comcast.net,   NJ69@ecfcbis.com;Finkeltrustee@comcast.net
          BONNIE B. FINKEL    on behalf of Trustee BONNIE B. FINKEL finkeltrustee@comcast.net,
           NJ69@ecfcbis.com;Finkeltrustee@comcast.net
          MICHAEL J. MCCRYSTAL    on behalf of Debtor Edwin L Cardona, Jr. mccrystallaw@gmail.com,
           sueparalegal@gmail.com
          REBECCA ANN SOLARZ    on behalf of Creditor   Toyota Motor Credit Corporation
           bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                                   TOTAL: 5

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re: : Chapter 7

Edwin L Cardona, Jr. : Case No. 19−17584−amc
      Debtor(s)

### *ORDER*
_____

    AND NOW, this day , March 26,2020 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

    ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Ashely M. Chan
Judge , United States Bankruptcy Court

23
Form 195